UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO.: 4:09-CR-86-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| ADKINS, Derrick Donyell | ) | |

This cause came on for judgment upon the two counts of an Indictment to which the defendant entered a plea of guilty on January 13, 2010, and the judgment of the undersigned United States District Judge, upon Count 2, 324 months imprisonment and Count 3, 120 months imprisonment to run concurrent with Count 2.

It now appears that Derrick Donyell Adkins died on or about January 30, 2011, at which time he owed a balance of $175.00 for Special Assessment.

**THEREFORE,** the court does find and conclude that said special assessment and judgment did abate with the death of said debtor whose estate cannot be charged therewith.

This the 23rd day of February, 2011.

James C. Dever III
United States District Judge